UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

U-SMC/DEMARIA JV1, LLC,
a Florida limited liability company,

        Plaintiff,

vs.

        Case No. 3:25-cv-117-TJC-SJH

PAL ENVIRONMENTAL SAFETY
CORP., a New York corporation,

        Defendant.

**PLAINTIFF'S AMENDED DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☐ No.

    ☒ Yes, and

    ☒ These parent corporations and publicly held corporations own 10% or more of the filer's shares:

    Up-side Management Co.
    DeMaria Building Company, Inc.

    ☐ The filer has no parent corporation.

    ☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☐    No.

☒    Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

Plaintiff U-SMC/DeMaria JV1, LLC is a Florida limited liability company, with two members:

Up-side Management Co., a corporation organized under the laws of the State of North Carolina, with offices in North Carolina and Jacksonville, Florida. Its principal place of business is in North Carolina.

DeMaria Building Company, Inc., a corporation organized under the laws of the State of Michigan, with its principal offices in Michigan. Its principal place of business is in Michigan.

Neither Up-side Management Co. nor De Maria Building Company have parent companies. None of the stock is publicly traded.

Plaintiff is thus a citizen of North Carolina, Michigan, and Florida.

a.    Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

      ☐    No.

      ☒    Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b.    Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

      ☒    No.

    ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

    ☒    No.

    ☐    Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

    ☒    No.

    ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e. Has the filer identified any corporation?

    ☐    No.

    ☒    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f. Has the filer identified any natural person?

    ☒    No.

    ☐    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability

company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐ No.

☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action:

a. U-SMC/DeMaria JV1, LLC

b. PAL Environmental Safety Corp.

c. Up-side Management Co.

d. DeMaria Building Company, Inc.

e. Skyward Specialty Insurance Group, Inc.

f. Liberty Mutual Surety Claims

g. Baker & Hostetler, LLP

h. Kevin T. Barnett

i. Michael S. Vitale

j. Wilson Elser Moskowitz Edelman & Dicker, LLP

k. John Y. Benford

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☒ No.

☐ Yes, and this is the entity: [].

5. Is this a bankruptcy action?

☒ No.

☐   Yes, and the debtor is [].

☐   Yes, and the members of the creditors' committee are [].

6.  Is this a criminal case?

   ☒   No.

   ☐   Yes, and these persons are arguably eligible for restitution: [].

7.  Is there an additional entity likely to actively participate in this action?

   ☒   No.

   ☐   Yes, and this is the entity:

8.  Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

   ☒   Yes.

Dated:  February 6, 2025.

*/s/ Michael S. Vitale*
Michael S. Vitale
Florida Bar No. 17136
**BAKER & HOSTETLER LLP**

5

        200 South Orange Avenue, Suite 2300
        Orlando, FL 32801-3432
        Telephone: 407.649.4083
        Facsimile: 202.861.1783
        Email: mvitale@bakerlaw.com
        Secondary email: ybayala@bakerlaw.com

        Kevin T. Barnett
        (pro hac vice to be submitted)
        **BAKER & HOSTETLER LLP**
        Washington Square, Suite 1100
        1050 Connecticut Avenue, N.W.
        Washington, DC 20036-5403
        Telephone: 202.861.1500
        Facsimile: 202.861.1783
        *Attorneys for U-SMC/DeMaria JV1, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send a Notice of Electronic Filing to all counsel of record.

        */s/ Michael S. Vitale*
        Michael S. Vitale