UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

U-SMC/DEMARIA JV1, LLC,

      Plaintiff,

v.                                        CASE NO. 3:25-cv-117-TJC-SJH

PAL ENVIRONMENTAL SAFETY
CORP.,

      Defendant.
_____/

**ORDER**

Defendant's Disclosure Statement, Doc. 29, fails to comply with the requirements of Fed. R. Civ. P. 7.1. Rule 7.1 of the Federal Rules of Civil Procedure ("Rule(s)") requires all parties in a diversity action to file a disclosure statement naming, and identifying the citizenships of, each individual or entity whose citizenship is attributed to that party. *See* Fed. R. Civ. P. 7.1(a)(2). This Court has prepared a standard form that, if completed properly, complies with the requirements of Rule 7.1 and provides to the assigned district judge and magistrate judge information concerning potential conflicts. Local Rule 3.03 requires each party to file this form, available in the "forms" section of the Court's website, www.flmd.uscourts.gov, with its first appearance.

While filed on the correct form, Defendant's Disclosure Statement is completed incorrectly. In response to Question 2, Defendant appropriately acknowledged that this is a diversity action based on either 28 U.S.C. § 1332(a) or § 1332(d) (in this case,

the former). Doc. 29 at 1. But then, when asked for the name and citizenship of each person or entity whose citizenship is attributed to the filer, Defendant stated: "PAL Environmental Safety Corp. is a New York corporation." *Id.* That is insufficient. A corporation is a citizen of every state in which it is incorporated *and* the state of its principal place of business. 28 U.S.C. § 1332(c)(1).

Defendant then improperly answered that it was both a limited liability company or other unincorporated entity (Question 2(a)) and that it was a corporation (Question 2(e)) and in each instance had identified its citizenship in accord with § 1332(c)(1), which it had not. Doc. 29 at 2.[1]

Accordingly, Defendant's Disclosure Statement, Doc. 29, is **stricken**. Defendant shall carefully and properly complete and file a disclosure statement pursuant to Local Rule 3.03 on or before **May 7, 2025**.

**DONE AND ORDERED** in Jacksonville, Florida, on April 30, 2025.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record

---

[1] Compounding the confusion, Defendant has also alleged it is a Delaware corporation. Doc. 26 at 3.

2